1024

[No. 62555-1-I. Division One. March 16, 2009.]

SPARK NETWORKS, PLC, *Respondent*, v. WILL KNEDLIK, *Individually and as Sole Trustee*, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-08362-8, John P. Erlick, J., entered April 8, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Ellington and Lau, JJ.

[No. 36116-7-II. Division Two. March 17, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JERALD ANTHONY HANSEN, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated August 4, 2009. Substitute opinion filed. See 151 Wn. App. 1058.

[No. 36505-7-II. Division Two. March 17, 2009.]

*In the Matter of the Personal Restraint of* ERIC ROBERT LEONARD, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, J.; Armstrong, J., concurring in the result only.

[No. 36599-5-II. Division Two. March 17, 2009.]

*In the Matter of the Marriage of* IRL M. DAVIS, *Appellant*, and SUSAN E. DAVIS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-3-02637-2, Lisa R. Worswick, J., entered June 22, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Armstrong, J., concurred in by Houghton and Hunt, JJ.